UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL ANN SMITH and STEPHEN L. SMITH, wife and husband, | CASE NO. C18-0412-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AIRCRAFT SPECIALTIES SERVICES, INC., an Oklahoma corporation, and JOHN DOES 1-20, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for withdrawal and substitution of attorneys for Defendant Aircraft Specialties Services, Inc. (Dkt. No. 12). The motion is GRANTED. Pursuant to the parties' stipulation and Local Civil Rule 83.2(b)(1), the Court ORDERS as follows:

1. The request of Maggie Diefenbach and Yvonne M. Benson and the law firm Gordon Thomas Honeywell to withdraw as counsel of record for Defendant Aircraft Specialties Services, Inc. is GRANTED;

2. Douglas A. Hofmann and the law firm Williams, Kastner & Gibbs, PLLC are hereby

1    SUBSTITUTED as counsel of record for Defendant Aircraft Specialties Services,

2    Inc.; and

3    3. The withdrawal and substitution of counsel shall be effective immediately.

4    DATED this 12th day of September 2018.

5                                                        William M. McCool
                                                         Clerk of Court
6
                                                         s/Tomas Hernandez
7                                                        Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26