THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL ANN SMITH and STEPHEN L. SMITH, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>AIRCRAFT SPECIALTIES SERVICES, INC., an Oklahoma corporation, and JOHN DOES 1-20,<br><br>Defendants. | CASE NO. C18-0412-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' unopposed motion for relief from the mediation deadline (Dkt. No. 28). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion. The mediation deadline in this case is hereby EXTENDED to April 30, 2019.

DATED this 25th day of February 2019.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C18-0412-JCC
PAGE - 1